IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| OMAR RODRIGUEZ FUENTES | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| SCHOOL DISTRICT OF THE CITY | : | |
| OF PHILADELPHIA, et al. | : | NO. 17-3736 |

**<u>CIVIL JUDGMENT</u>**

AND NOW, this 4th day of April, 2019, in accordance with this court's order of April 4, 2019, granting summary judgment in favor of defendants School District of the City of Philadelphia ("SDP") and Chief Inspector Carl W. Holmes, Jr. ("Holmes"), it is hereby

**ORDERED**

that judgment is entered in favor of defendants SDP and Holmes and against plaintiff Omar Rodriguez Fuentes.

BY THE COURT:

__/s/ Thomas J. Rueter_____
THOMAS J. RUETER
United States Magistrate Judge